IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY WELLS,

      Petitioner,                    No. CIV-05-1388 GEB KJM P

    vs.

ROSEANNE CAMPBELL,             ORDER AND

      Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Petitioner challenges the state's policy of refusing to provide notary service to prisoners unless they have money in their trust accounts to cover the fee. He alleges he has been unable to file court actions in other states to challenge his conviction and, it appears, various prior convictions. Petitioner does not allege his continued confinement violates the federal constitution, a prerequisite for federal habeas corpus relief. See Estelle v. McGuire, 502 U.S. 62,

1

1  67-68 (1991).  His challenge is to a condition of his confinement, which is not cognizable in a
2  federal civil rights action.
3         Accordingly, IT IS HEREBY ORDERED that the application to proceed in forma
4  pauperis is granted.
5         IT IS HEREBY RECOMMENDED that petitioner's application for a writ of
6  habeas corpus be denied.
7         These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
9  days after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
12 shall be served and filed within ten days after service of the objections.  The parties are advised
13 that failure to file objections within the specified time may waive the right to appeal the District
14 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
15 DATED: August 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
well1388.157